AARON TRAVITZKY, Respondent, v. ISIDORE A. SCHAMROTH et al., Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted on the ground that there are exceptional and unusual circumstances. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

JOSEPH L. FREUND, Suing as a Stockholder of AMERICAN & FOREIGN POWER COMPANY, INC., on Behalf of Himself and All Other Stockholders of Said Company Similarly Situated, v. SOSTHENES BEHN et al.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 892.] Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.; Callahan, J., taking no part. Settle order on notice.

GLORANNE PROPERTIES, INC., v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See ante, p. 890.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of BUNGE NORTH AMERICAN GRAIN CORPORATION et al., for an Order Directing Arbitration with SMITH & BIRD.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See ante, p. 952.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WILLIAM T. COWIN, as Trustee of PRUDENCE COMPANY, INC., v. NATHAN S. JONAS et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. [See ante, p. 947.] Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

AARON GRAY v. PRUDENTIAL INSURANCE COMPANY OF AMERICA.— Motion for resettlement of order entered in this court May 5, 1944 [ante, p. 688], denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [See 268 App. Div. 755.]

SAMUEL SLADKUS v. NEW YORK TELEPHONE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See ante, p. 947.] Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of the Probate of the Will of ABRAHAM GORDON, Deceased. BERTHA HECHTKOP et al.; PEARL GORDON.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See ante, p. 947.] Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

EDNA B. W. WYMAN et al. v. PAN AMERICAN AIRWAYS, INC.— Motion for leave to appeal to the Court of Appeals denied with ten dollars costs. [See ante, p. 947.] Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

EDWARD MEYERS v. FREDERICK HUSSEY REALTY CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See ante, p. 951.] Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

WILLIAM LIPSON, Doing Business under the Name of WM. LIPSON & COMPANY, v. BRADFORD DYEING ASSOCIATION OF U. S. A.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See ante, p. 946.] Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

CHARLES CHAPLIN, Suing on Behalf of Himself and All Other Stockholders of UNITED ARTISTS CORPORATION Similarly Situated, v. DAVID O. SELZNICK et al. — Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. [See ante, p. 973.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.